[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 10-10086
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JULY 29, 2010
JOHN LEY
CLERK

D. C. Docket No. 0:09-cr-60025-WPD-3

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RAOULITO ADIMA, a.k.a. Raoulito Admia,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(July 29, 2010)

Before DUBINA, Chief Judge, EDMONDSON and ANDERSON, Circuit Judges.

PER CURIAM:

Thomas F. Almon, appointed counsel for Raoulito Adima in this direct

criminal appeal, has moved to withdraw from further representation of the

appellant and has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.

Ct. 1396, 18 L. Ed. 2d 493 (1967).  Our independent review of the entire record

reveals that counsel's assessment of the relative merit of the appeal is correct.

Because independent examination of the entire record reveals no issues of arguable

merit, counsel's motion to withdraw is **GRANTED**, and Adima's[1] convictions and

sentences are **AFFIRMED.**

---

[1] We note that the presentence investigation report in this case reflected Adima's true name as Paul Adehmar.